United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS HEALTH
AND WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

ALLIANCE CONSTRUCTION
SOLUTIONS INC., et al.,

Defendants.

Case No. 24-cv-07965-AMO

**ORDER OF REFERENCE TO
MAGISTRATE JUDGE FOR POST-
JUDGMENT/COLLECTIONS**

On May 7, 2026, Plaintiffs in this action filed a motion for judgment debtor examination. Dkt. No. 36. Pursuant to Local Rule 72-1, the above-captioned case is hereby **REFERRED** to a magistrate judge for post-judgment/collection proceedings, including the pending motion for judgment debtor examination.

**IT IS SO ORDERED.**

Dated:   6/22/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

*Rev. 3-20*